Kevin James **FITZSIMMONS,**
Plaintiff–Appellant,

v.

**EMSA; Dr. Edward Hoffman; Henry Hoogland; Jerry Keller; Krason, Sgt., (FNU), Alvin Morris, Watch Commander; David Sweiker; Ginny Wilhan; Zollman, Officer (FNU),** Defendants–Appellees.

No. 00–16127.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2001.[1]

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

MEMORANDUM[2]

Kevin James Fitzsimmons appeals pro se the district court's denial of his Fed. R.Civ.P. 60(b) motion to set aside the judgment dismissing his 42 U.S.C. § 1983 action.

We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review for abuse of discretion an order denying a Fed.R.Civ.P. 60(b) motion for relief from judgment. *See Briones v. Riviera Hotel,* 116 F.3d 379, 380 (9th Cir. 1997). On appeal from the denial of a Rule 60(b) motion, this court does not reach the merits of the underlying judgment. *See id.*

Because the balance of equities mandated by *Pioneer Investment Services Co. v. Brunswick Assocs. Ltd. Partnership,* 507 U.S. 380, 395, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993) and *Briones* weigh in favor of defendants, the district court did not abuse its discretion by denying the Rule 60(b) motion. *See Bateman v. United States Postal Service,* 231 F.3d 1220, 1225 (9th Cir.2000).

Because defendants fail to establish that Fitzsimmon's claim was frivolous, vexatious, or brought to harass or embarrass, we deny the request for attorney's fees. *See Benigni v. City of Hemet,* 879 F.2d 473, 480 (9th Cir.1988).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument, and denies Fitzsimmons' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.